KRISTEN J. MASON (State Bar No. 320378)
ClientMail@CaliforniaCAA.com
CRIMINAL APPEALS ADVOCATES P.C.
FORMERLY SPOLIN & DUKES P.C.
11500 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064
(424) 377-0235

Attorney for Petitioner

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS ALFONSO CEJA NUNEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MARTIN GAMBOA, Warden, Avenal State Prison,<br><br>　　　　Respondent. | Case No.:<br><br>**Motion for a Stay Pending Mental Health Expert Report** |

PLEASE TAKE NOTICE that Petitioner, Luis Nunez, respectfully moves this Honorable Court to stay proceedings in the above-captioned matter pending the completion and review of a mental health expert's report evaluating the potential effects of medication on Petitioner's ability to understand the legal proceedings during his trial. Petitioner's motion will be based on this Notice of Motion, this Petition, the records and file herein, the state court record, and the attached Memorandum of Points and Authorities.

---

MOTION FOR A STAY
MEMORANDUM OF POINTS AND AUTHORITIES - 1

1
2   Dated: October 8, 2025          Respectfully submitted,
3
4                                   CRIMINAL APPEALS ADVOCATES P.C.
5
                                    By:   /s/ Kristen J. Mason
6
                                    Attorney for Petitioner
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MEMORANDUM OF POINTS AND AUTHORITIES

Petitioner, by and through counsel, comes now requesting that this Honorable Court stay proceedings in the instant matter pending the completion and review of a mental health expert's report evaluating the potential effects of medication on Petitioner's ability to understand the legal proceedings during his trial.

Said stay is being requested to ensure Petitioner does not forfeit his ability to seek federal review with respect to Grounds One through Three in his Verified Petition for Writ of Habeas Corpus while he awaits a mental health expert's report concerning Petitioner's competence during the underlying criminal proceedings and the potential impact of medication on his ability to understand and participate meaningfully in those proceedings.

Counsel for Petitioner has retained a qualified mental health expert to evaluate Petitioner's mental state and the possible cognitive effects of the medications he was prescribed and taking at the time of trial. This evaluation is crucial to develop the factual basis for Petitioner's claims, including whether his medication impaired his capacity to understand the nature of the proceedings or assist in his own defense.

The expert's report is currently in progress, and counsel anticipates its completion by approximately October 15, 2025. The report is expected to contain findings essential to the adjudication of Petitioner's claims regarding his mental competence and potential due process violations.

Federal courts have the inherent power to manage their dockets and to stay proceedings when necessary to ensure the fair and orderly resolution of claims. See *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). Where a stay is requested to permit necessary factual development relevant to the adjudication of constitutional claims, particularly claims implicating competence and due process, the interests of justice weigh strongly in favor of granting the stay.

A brief stay of proceedings will allow the expert sufficient time to complete a thorough analysis and provide an opinion relevant to key issues in this case. Proceeding without the report would risk a decision made without full development of critical evidence, contrary to the interests of justice and due process.

Petitioner respectfully requests that this Court stay the current proceedings pending receipt and review of the forthcoming expert report.

For the reasons set forth above, it is respectfully submitted that this Honorable Court should grant the requested stay.

Dated: October 8, 2025                Respectfully submitted,

                                          CRIMINAL APPEALS ADVOCATES P.C.

                                          By:    /s/ Kristen J. Mason
                                                   Attorney for Petitioner

# CERTIFICATE OF SERVICE

I certify that on  October 8, 2025 , I filed the document listed below with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

**Motion for a Stay**

This document was mailed from 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064. I declare under penalty of perjury that the foregoing is true and correct, and this declaration was executed at Los Angeles, California, on  October 8, 2025 .

/s/ Kristen J. Mason
Kristen J. Mason